| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name. First name. Middle initial)<br><br>Sack, Robert D | 2. Court or Organization<br><br>U.S. Court of Appeals, 2d Cir. | 3. Date of Report<br><br>3/31/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judg (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>40 Foley Square<br><br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____   Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | William F. Kerby and Robert S. Potter Fund |
| 2. | Member, Advisory Board | Media Law Reporter (BNA) |
| 3. | Lecturer in Law | Columbia Law School |
| 4. | Member, Columbia Board of Visitors | Columbia Law School |

RECEIVED FINANCIAL DISCLOSURE OFFICE May 23 11 40 AM '05

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 09/03/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. | 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement between Gibson, Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month, no increase, decrease or cap |
| 3. | 3/30/98 | Practising Law Institute, P. Cameron DeVore & Robert D. Sack, publication of treatise on advertising and commercial speech; royalty 8.5% of net receipts |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17- 4 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Practising Law Institute Book Royalties | 16,609.11 |
| 2. | 2004 | Gibson, Dunn & Crutcher LLP Retirement Plan | 72,000.00 |
| 3. | 2004 | Lecturer in Law, Columbia Law School | 7,500.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Dewey Ballentine Partnership Distribution |
| 2. | | |
| 3. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 5-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Yale University | 6/15/04-6/21/04, China Workshop, Beijing, China (Transportation, Lodging, Meals) |
| 2. | Federal Judges Association | 5/15/04-5/17/04, Board Meeting, Washington, DC (Transporation, Lodging, Meals) |
| 3. | Federal Bar Council | 2/14/04-2/21/04, Winter Conference, Manzanillo, Mexico (Transportation, Lodging, Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Aadvantage | Credit Card | J |
| 2. | Citibank Aadvantage | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. JPMorgan Chase Accounts | A | Interest | L | T | | | | | |
| 2. JPMorgan US Govt Money Market Morgan Shares | B | Dividend | N | T | | | | | |
| 3. Unsecured loan to David W. McClintick | | None | J | T | | | | | |
| 4. Dewey Ballantine Partnership Capital Account | | None | L | T | | | | | |
| 5. GD&C 401(k): Dreyfus Treasury Cash Management-CL A | D | Interest | O | T | distrib. | 12/28 | M | | |
| 6. Oppenheimer Municipal Liquidity Fund | A | Dividend | J | T | | | | | |
| 7. Boeing Co. Common Stock | A | Dividend | J | T | | | | | |
| 8. Blackrock New York Insured Municipal Income Trust III | B | Dividend | K | T | | | | | |
| 9. Van Kampen Trust for Invt Grade NY Municipals | A | Dividend | J | T | | | | | |
| 10. Oppenheimer AMT Free NY Municipals Fund-CL A | C | Dividend | L | T | | | | | |
| 11. JPMorgan Chase Traditional IRA | A | Interest | J | T | | | | | |
| 12. Northwestern Mutual Life Insurance Policy | B | Dividend | K | T | | | | | |
| 13. Guardian Life Insurance Policy | A | Dividend | K | T | | | | | |
| 14. Massachusetts Mutual Life Insurance | A | Div/Int | J | T | | | | | |
| 15. Morgan Stanley Active Assets Money Trust | A | Dividend | K | T | | | | | |
| 16. Morgan Stanley MTA 5.35 Zero Coupon Bond due 7/1/12 | A | OID | K | T | | | | | |
| 17. MS NYS DA SECD Hosp Interfaith Med Bond 5.25 due 2/15/14 | C | Interest | L | T | | | | | |
| 18. Morgan Stanley LIPA 5.60 Zero Coupon Bond due 6/1/14 | B | OID | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Morgan Stanley Fed Home Ln Mtg Med Tm Note 4% 10/15/10 | A | Interest | K | T | buy | 4/7 | K | | |
| 20. Morgan Stanley Fed Hm Ln Bk 4% 3/24/11 | B | Interest | K | T | buy | 3/31 | K | | |
| 21. Morgan Stanley Global Dividend Growth Sec B | A | Dividend | J | T | | | | | |
| 22. Morgan Stanley Special Growth Fund B | A | Dividend | J | T | | | | | |
| 23. Morgan Stanley Special Value Fund B | A | Distribution | J | T | | | | | |
| 24. Morgan Stanley Global Advantage Fund B | A | Dividend | J | T | | | | | |
| 25. Morgan Stanley American Opportunities B | A | Dividend | J | T | | | | | |
| 26. Morgan Stanley Franklin NY Tax Free Inc B | B | Dividend | K | T | | | | | |
| 27. Morgan Stanley Oppen. AMT Free NY Municipal Fd B | C | Dividend | L | T | buy | 1/9 | J | | |
| 28. | | | | | buy | 4/7 | K | | |
| 29. Fiduciary Holdings (SS/JS) | C | Div/Int | N | T | | | | | |
| 30. - JP Morgan Chase Accounts | | | | | | | | | |
| 31. - MS Intl Bk for Recon & Dev Zero Coupon Due 2/15/14 (JS) | | | | | | | | | |
| 32. - Morgan Stanley MTA NY Transit Zero Coupon Bond due 7/1/13 | | | | | | | | | |
| 33. - Morgan Stanley MTA, NY Transit Zero Coupon Bond due 7/1/12 | | | | | sell | 2/27 | J | A | |
| 34. - Morgan Stanley Global Dividend Growth Sec B (SS/JS) | | | | | | | | | |
| 35. - Morgan Stanley Special Growth Fund B | | | | | | | | | |
| 36. - Morgan Stanley Special Value Fund B | | | | | partial sell | 9/14 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. - Morgan Stanley Global Advantage Fund B | | | | | sell | 3/31 | J | A | |
| 38. - Morgan Stanley American Opportunities Fund B | | | | | | | | | |
| 39. - Morgan Stanley Franklin NY Tax Free Inc B | | | | | | | | | |
| 40. - Morgan Stanley Oppen. AMT Free NY Municipal und B | | | | | buy | 2/27 | J | | |
| 41. - Morgan Stanley Long Island Power | | | | | sell | 2/9 | K | A | |
| 42. - Neuberger Berman Limited Maturity Bond Fund | | | | | | | | | |
| 43. - Neuberger Berman Partners Fund | | | | | | | | | |
| 44. - Neuberger Berman Municipal Security Trust | | | | | | | | | |
| 45. - Phoenix Life Insurance Policy (X) | | | | | | | | | |
| 46. - Dean Witter Utilities Fund (X) | | | | | | | | | |
| 47. - Dean Witter IRA (X) | | | | | | | | | |
| 48. State Street Bank Manhattan Fund | | None | J | T | | | | | |
| 49. Neuberger Berman IRA | E | Dividend | O | T | | | | | |
| 50. - Ameristock | | | | | buy | 3/23 | J | | |
| 51. | | | | | part sell | 6/28 | J | | |
| 52. | | | | | buy | 9/29 | K | | |
| 53. | | | | | buy | 12/5 | J | | |
| 54. - Artisan Mid-Cap | | | | | buy | 6/28 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. | | | | | part sell | 9/29 | J | | |
| 56.   - Artisan Sm Cap | | | | | buy | 6/28 | J | | |
| 57.   - Ariel Appreciation | | | | | buy | 6/28 | J | | |
| 58. | | | | | buy | 11/17 | J | | |
| 59.   - Federated Stock Trust | | | | | | | | | |
| 60.   - Hotchis Wiley Small Cap | | | | | buy | 12/10 | J | | |
| 61.   - Scudder Micro Cap | | | | | sell | 6/28 | K | | |
| 62.   - Cash Reserves Inv | | | | | buy | 3/23 | J | | |
| 63.   - Neuberger High Inc | | | | | part sell | 6/28 | J | | |
| 64. | | | | | part sell | 9/29 | J | | |
| 65.   - NB Reit Fnd | | | | | part sell | 3/23 | J | | |
| 66. | | | | | buy | 6/28 | J | | |
| 67. | | | | | part sell | 9/29 | J | | |
| 68. | | | | | buy | 12/16 | J | | |
| 69.   - PIMCO Tot Ret Admin | | | | | buy | 6/28 | J | | |
| 70. | | | | | part sell | 9/29 | J | | |
| 71. | | | | | buy | 12/13 | J | | |
| 72.   - Federated Total Return Bond A | | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 3/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. | - T. Rowe Gwth Stk Adv | | | | | buy | 9/29 | L | | |
| 74. | - Turn Dis Large Cap Growth | | | | | buy | 3/23 | J | | |
| 75. | | | | | | part sell | 6/28 | J | | |
| 76. | | | | | | sell | 9/29 | L | | |
| 77. | - Wlm Blr Intl Gro N | | | | | part sell | 3/23 | J | | |
| 78. | | | | | | buy | 9/29 | J | | |
| 79. | WRH Trust (X) | E | Dividend | P1 | T | acquire | 4/6 | P1 | | |
| 80. | - SB Chino Basin Desalter AU CA Adj Rt Rev Ref-A-1 6/1/35 | | | | | sell | 6/15 | P1 | | No Gain or Loss. |
| 81. | - SB General Electric Co. | | | | | sell | 5/19 | P1 | | Loss. |
| 82. | - SB Pacific Bell Notes Reg 3/1/05 | | | | | sell | 5/19 | N | | Loss. |
| 83. | - SB WM Wrigley Jr. Co. | | | | | sell | 5/19 | N | D | |
| 84. | - SB Wyeth | | | | | sell | 5/19 | N | | Loss. |
| 85. | - SB Blackrock Mun Target Term Tr | | | | | | | | | |
| 86. | - SB 1838 Bond Debenture Trading FD | | | | | | | | | |
| 87. | - AGL Resources | | | | | | | | | |
| 88. | - Edison International | | | | | | | | | |
| 89. | - Allegheny Energy Inc. | | | | | | | | | |
| 90. | SB Money Market (X) | A | Dividend | N | T | buy | 5/19 | N | | |

1. Income/Gain Codes: A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000
(See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000

2. Value Codes: J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000
(See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000

3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market
(See Column C2) | U = Book Value | V = Other | W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

In Part III, B, item 1 on the 2003 Report, KMZ Rosenman Disability Award has been removed because it is disability compensation which is not reportable.

In Part VII of the 2003 Report, items 11 and 12, Dewey Ballantine 401(k): Janus Overseas Fund and Dewey Ballantine 401(k): Fidelity Growth Company Fund, had been merged into the Neuberger Berman I A, item 49 on this 2004 Report. This happened, to the best of recollection, in 2002, but the Dewey Ballantine 401(k) entries were inadvertently listed on prior reports. The Neuberger Berman IRA (2), item 96 on the 2003 Report, is also part of the Neuberger Berman I A, item 49 on this 2004 Report. These three entries have been deleted from this 2004 Report.

In Part VII of the 2003 Report, item 28, Trust, appears at item 29 on this 2004 Report and has been renamed "Fiduciary Holdings (SS/JS)" to better indicate the nature of the items that make up that Aggregate Ownership Arrangement.

Items 45 through 47 on this 2004 Report were inadvertently omitted from previous reports.

In Part VII of the 2003 Report, items 45 through 95, the Neuberger Berman IRA, have been rearranged on this 2004 Report (items 49 through 78) to the order that the items appear on the Neuberger Berman statement for ease of reporting on future reports.

As of April 6, 2004, the Judge's ███ is Trustee for the WRH Trust, Part VII, items 79-89. Part of the Trust was distributed to the beneficiaries in 2004. New item SB Money Market, item 90, represents part of that distribution which was made to the Judge's wife.

A pending claim against Worldcom is currently in litigation (02 Civ 3288 (DLC)). The worth of that claim cannot be determined at this time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                         Date  5.13.05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544